Clear Form

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Glenn Miller

           Plaintiff,      )  CASE NO. _____

vs.

Mezzetti Financial Services, Inc.      **APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

           Defendant.

I, Glenn Miller, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $2,560      Net: $1,920

Employer: CORT Business Services

1320 Sutter St., San Francisco, CA, 94109

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.    Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a.    Business, Profession or                    Yes ___ No ✓

8 |           self employment?

9 |     b.    Income from stocks, bonds,                 Yes ___ No ✓

10 |          or royalties?

11 |    c.    Rent payments?                             Yes ___ No ✓

12 |    d.    Pensions, annuities, or                    Yes ___ No ✓

13 |          life insurance payments?

14 |    e.    Federal or State welfare payments,         Yes ___ No ✓

15 |          Social Security or other govern-

16 |          ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | _____

20 | _____

21 | 3.    Are you married?                              Yes ___ No ✓

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____   Net $_____

26 | 4.    a.    List amount you contribute to your spouse's support:$ _____

27 |       b.    List the persons other than your spouse who are dependent upon you for support

28 |             and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.   Do you own or are you buying a home?        Yes ____  No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?                    Yes ____  No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account?  Yes ✓  No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: Chase Bank

P.O. Box 182051

Present balance(s): $ -266

Do you own any cash? Yes ____ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)                                           Yes ____  No ✓

_____

8.   What are your monthly expenses?   Transportation  $402.00

Rent: $ 785                              Utilities: 97

Food: $ 350                             Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

Ace Cash Express: $300

Polk Check Cashing: $234

10.   Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10/15/18                                  /s/ Glenn Miller
_____                         _____
   DATE                               SIGNATURE OF APPLICANT